Submitted on record and briefs September 10, convictions affirmed; remanded for resentencing September 30, 1992

# STATE OF OREGON,
## *Respondent,*

*v.*

# DENNIS FRANK FROMMELT,
## *Appellant.*

### (DCR91-12586; CA A72670)
837 P2d 564

Sally L. Avera, Public Defender, and Alan H. Biedermann, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and De Muniz, Judge.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred when it ordered defendant to submit to breath tests at the request of a probation officer but failed to require that the officer first have reasonable grounds to believe that the test would disclose evidence of a probation violation. *State v. Leen*, 113 Or App 595, 832 P2d 49 (1992); *State v. Robertson*, 113 Or App 467, 833 P2d 326 (1992); *State v. Hagger*, 107 Or App 251, 810 P2d 1356 (1991). We accept the concession.

Convictions affirmed; remanded for resentencing.